Jeffrey Isaacs (Bar No. 042622)
Gerald P. Kennedy (Bar No. 105887)
PROCOPIO, CORY, HARGREAVES
    & SAVITCH LLP
525 B Street, Suite 2200
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Kathryn R. Norcross -Senior Counsel
Dennis J. Early – Counsel
Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D
Arlington, VA 22226
(703) 562-2783
Email: knorcross@FDIC-R.gov
Email: dearly@FDIC-R.gov

Attorneys for Defendant Federal Deposit Insurance
Corporation, as receiver for Imperial Capital Bank

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation,<br><br>Debtor<br><br>IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR IMPERIAL CAPITAL BANK,<br><br>Defendant. | Case No. 10-cv-1991-LAB  WMc<br><br>Chapter 11 Case No. 09-19431-LA<br><br>Bky. Adversary Case No.: 10-90386-LA<br><br>**JOINT MOTION BY PLAINTIFF IMPERIAL CAPITAL BANCORP, INC.; DEFENDANT THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER; AND INTERVENOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PERMIT FILING OF AMENDED ANSWER** |

Imperial Capital Bancorp, Inc. ("ICBI" or "Plaintiff"), the Federal Deposit Insurance Corporation, in its capacity as receiver for Capital Bank, Inc. (the "FDIC'R" or "Defendant"), and the Official Unsecured Creditors Committee in ICBI's Chapter 11 case (the "Committee" or

"Intervenor," and collectively with the Plaintiff and Defendant, the "Parties"), hereby collectively move to permit the filing by Defendant of its amended answer in this action as follows:

1. On December 18, 2009 (the "Petition Date"), the Plaintiff commenced a Chapter 11 case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court").

2. On August 12, 2010, the Plaintiff filed its "Complaint (I) Seeking a Declaratory Judgment Regarding Ownership of Certain Tax Refunds; and (II) For Actual and Punitive Damages for Injunction for Violation of the Automatic Stay [Docket No. 258] (the "ICBI Complaint"), which commenced Adversary Proceeding No. 10-90386-LA in the Bankruptcy Court.

3. On August 25, 2010, the Defendant filed a motion pursuant to which it seeks entry of an order withdrawing the reference of the ICBI Complaint [Docket No. 9] (the "Withdrawal Motion") from the Bankruptcy Court to the United States District Court for the Southern District of California (the "District Court").

4. On September 16, 2010, the Bankruptcy Court entered its "Order Granting Stipulation Permitting the Intervention of the Official Committee of Unsecured Creditors" [Docket No. 14] (the "Intervention Order"). Pursuant to the Intervention Order, the Committee joined the ICBI Complaint as a plaintiff.

5. On September 22, 2010, the Plaintiff consented to withdrawal of the reference of the ICBI Complaint other than the Second Claim for Relief in the ICBI Complaint [Docket Nos. 17, 18 and 19].

6. On September 23, 2010, the Bankruptcy Court formally transmitted the ICBI Complaint and Withdrawal Motion to the District Court and the ICBI Complaint was assigned to the Honorable Larry A. Burns as (Case No. 3:10-cv-01991-LAB).

7. On September 24, 2010, the Defendant filed its answer to the ICBI Complaint in the District Court [Docket No. 2] (the "Answer").

8. Pursuant to orders entered by the District Court on November 24, 2010 and January 25, 2011 [Docket No.s 9 and 11], the ICBI Complaint along with other related pending litigation was stayed for approximately 80 days while the Parties engaged in global settlement negotiations. In connection with such negotiations, this Court continued the Early Neutral Evaluation ("ENE") Conference regarding the ICBI Complaint on two occasions and there is no presently scheduled date for the continued ENE. Despite their efforts, the Parties were unable to resolve the pending litigation, and the latest standstill expired on or about February 18, 2011.

9. On April 8, 2011, a telephonic status conference was conducted in the matter before Magistrate William McCurine, Jr., pursuant to which an Order for a Modified Rule 26 Exchange and Setting Telephonic Status Conference" [Docket No. 13] was entered on April 8, 2011 (the "Rule 26 Order"). The Rule 26 Order requires the Parties to exchange documents and information relevant to an anticipated motion for summary judgment on Plaintiff's First Claim for Relief in the ICBI Complaint by May 6, 2011, and sets a further telephonic status conference at 9:15 a.m. on May 11, 2011 (the "Continued Status Conference").

10. The Defendant seeks to amend the ICBI Complaint answer to assert certain additional affirmative defenses, a true and correct copy of which is attached hereto as Exhibit "A" (the "Amended Answer"). The Plaintiff and Intervenor consent to the filing of the Amended Answer.

1     **WHEREFORE**, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Parties respectfully request the Court to enter the "Order Approving Joint Motion by Plaintiff Imperial Capital Bancorp, Inc., Defendant the Federal Deposit Insurance Corporation, as Receiver; and Intervenor the Official Committee of Unsecured Creditors to Permit Filing of Amended Answer," which has been submitted contemporaneously with this Motion.

Dated: April 21, 2011

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Jeffrey Isaacs
    Jeffrey Isaacs
    Gerald P. Kennedy, Attorneys for the Federal Deposit Insurance Corporation, as Receiver for Imperial Capital Bank

Kathryn R. Norcross -Senior Counsel
Dennis J. Early – Counsel
Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D
Arlington, VA 22226
(703) 562-2783
Email: knorcross@FDIC-R.gov
Email: dearly@FDIC-R.gov

STUTMAN, TREISTER & GLATT

By: /s/ Gary E. Klausner    (SEE ATTACHED)
    Gary E. Klausner, Attorneys for Debtor and Plaintiff Imperial Capital Bancorp, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Christina M. Padien    (SEE ATTACHED)
    Christina M. Padien, Attorneys for Intervenor the Official Committee of Unsecured Creditors

WHEREFORE, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Parties respectfully request the Court to enter the "Order Approving Joint Motion by Plaintiff Imperial Capital Bancorp, Inc., Defendant the Federal Deposit Insurance Corporation, as Receiver; and Intervenor the Official Committee of Unsecured Creditors to Permit Filing of Amended Answer," which has been submitted contemporaneously with this Motion.

Dated: April 19, 2011

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Jeffrey Isaacs
Jeffrey Isaacs
Gerald P. Kennedy, Attorneys for the Federal Deposit Insurance Corporation, as Receiver for Imperial Capital Bank

Kathryn R. Norcross -Senior Counsel
Dennis J. Early – Counsel
Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D
Arlington, VA 22226
(703) 562-2783
Email: knorcross@FDIC-R.gov
Email: dearly@FDIC-R.gov

STUTMAN, TREISTER & GLATT

By: /s/ Gary E. Klausner
Gary E. Klausner, Attorneys for Debtor and Plaintiff Imperial Capital Bancorp, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Christina M. Padien
Christina M. Padien, Attorneys for Intervenor the Official Committee of Unsecured Creditors

1    **WHEREFORE**, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Parties respectfully request the Court to enter the "Order Approving Joint Motion by Plaintiff Imperial Capital Bancorp, Inc., Defendant the Federal Deposit Insurance Corporation, as Receiver; and Intervenor the Official Committee of Unsecured Creditors to Permit Filing of Amended Answer," which has been submitted contemporaneously with this Motion.

Dated: April 19, 2011

                                      PROCOPIO, CORY, HARGREAVES
                                      & SAVITCH LLP


By: /s/ Jeffrey Isaacs
      Jeffrey Isaacs
      Gerald P. Kennedy, Attorneys for the
      Federal Deposit Insurance
      Corporation, as Receiver for Imperial
      Capital Bank

Kathryn R. Norcross -Senior Counsel
Dennis J. Early – Counsel
Legal Division
Federal Deposit Insurance
Corporation
3501 Fairfax Drive, VS-D
Arlington, VA  22226
(703) 562-2783
Email: knorcross@FDIC-R.gov
Email: dearly@FDIC-R.gov

STUTMAN, TREISTER & GLATT


By: /s/ Gary E. Klausner
      Gary E. Klausner, Attorneys for
      Debtor and Plaintiff Imperial Capital
      Bancorp, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP


By: /s/ Christina M. Padien
      Christina M. Padien, Attorneys for
      Intervenor the Official Committee of
      Unsecured Creditors